IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| ELISE BURNS, ET AL. | § |
| | § |
| V. | §   NO.  P-17-CV-016 RAJ |
| | § |
| COLE JOHNSON, ET AL. | § |

## FINAL ORDER OF DISMISSAL

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1) and based upon the parties' Joint Stipulation of Dismissal With Prejudice [Doc. 13] filed October 3, 2017.

IT IS FURTHER ORDERED that all attorney's fees, expenses and court costs shall be borne by the party incurring same.

IT IS FURTHER ORDERED that all pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 4th day of October, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE